IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS D. MCQUEEN, #177303, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:20-cv-386-ECM |
| | ) |
| DEP'T OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

On June 18, 2020, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that The Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1404(a).

Done this 17th day of July, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE